IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GENSETIX, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| and | § | |
| | § | |
| THE BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF TEXAS SYSTEM, | § | CIVIL ACTION NO. 4:17-CV-01025 |
| | § | |
| Involuntary Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | |
| | § | |
| BAYLOR COLLEGE OF MEDICINE, | § | |
| DIAKONOS RESEARCH, LTD., and | § | |
| WILLIAM K. DECKER | § | |
| | § | |
| Defendants. | § | |

**PROPOSED ORDER GRANTING
DEFENDANT WILLIAM K. DECKER'S MOTION TO DISMISS**

On this day, the Court considered Defendant William K. Decker's Motion to Dismiss. Having considered the motion, response, and applicable law, the Court is of the opinion that the motion should be **GRANTED**. Plaintiff Gensetix, Inc.'s breach of contract, tortious interference with prospective business relationships, and promissory estoppel claims (Counts 3-6) are therefore **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2017

_____
Hon. Melinda Harmon
Presiding Judge

1