IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GENSETIX, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| and | § | |
| | § | |
| THE BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF TEXAS SYSTEM, | § | Civil Action No. 4:17-cv-01025 |
| | § | |
| Involuntary Plaintiff | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| BAYLOR COLLEGE OF MEDICINE, | § | |
| DIAKONOS RESEARCH, LTD., | § | |
| and WILLIAM K. DECKER, | § | |
| | § | |
| Defendants. | § | |

**JOINT STIPULATION TO SET DEADLINE FOR INVOLUNTARY PLAINTIFF
TO RESPOND TO PLAINTIFF GENSETIX INC.'S FIRST AMENDED
COMPLAINT [DKT. 26]**

TO THE HONORABLE COURT:

Involuntary Plaintiff, The Board of Regents of the University of Texas System ("UT"), files this joint stipulation requesting the Court to enter an order setting a deadline for Involuntary Plaintiff UT to file a motion or otherwise respond to Plaintiff Gensetix, Inc.'s First Amended Complaint [DKT 26].

1. Plaintiff Gensetix, Inc. ("Gensetix") filed its First Amended Complaint on June 23, 2017.

1

2.      Involuntary Plaintiff UT, through the undersigned counsel, agreed to accept service of the First Amended Complaint. On September 22, 2017, Gensetix served the First Amended Complaint on UT by serving the undersigned.

3.      Gensetix and UT have agreed that UT will have until November 6, 2017, to file a motion or otherwise respond to Gensetix's First Amended Complaint.

Agreed this 12th day of October, 2017      Respectfully submitted,

*/s/ Peter E. Mims*
Peter E. Mims
*Attorney-in-Charge*
State Bar No. 14173275
S.D. TX Federal I.D. No. 6746
**VINSON & ELKINS L.L.P.**
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: (713) 758-2732
Facsimile: (713) 615-5703
pmims@velaw.com

Olin (Trey) Ray Hebert, III (*pro hac vice* pending)
State Bar No. 24097819
thebert@velaw.com
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX 78746
Telephone: (512) 542-8400
Facsimile: (512) 542-8610
thebert@velaw.com

**ATTORNEYS FOR INVOLUNTARY PLAINTIFF THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM**

*/s/ Christopher M. Bruno (by permission)*
Paul J. Skiermont
Texas Bar No. 24033073
Sarah E. Spires
Texas Bar No. 24083860
S.D. Tex. Bar No. 3048935
Dr. Parvathi Kota
Texas Bar No. 24099869
S.D. Tex. Bar No. 3099130
**SKIERMONT DERBY LLP**
2200 Ross Avenue, Suite 4800W
Dallas, TX  75201
Telephone:  (214) 978-6600
Facsimile:   (214) 978-6601
pskiermont@skiermontderby.com
sspires@skiermontderby.com
pkota@skiermontderby.com

Donald Kreger
Imron Aly
**SCHIFF HARDIN LLP**
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Telelphone:  (312) 258-5500
Facsimile:    (312) 258-5600
dkreger@schiffhardin.com
ialy@schiffhardin.com

Christopher Bruno
**SCHIFF HARDIN LLP**
901 K Street NW
Washington, DC 20001
(202) 724-6838 (telephone)
(202) 778-6460 (facsimile)
cbruno@schiffhardin.com

**ATTORNEYS FOR GENSETIX, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a Notice of Electronic Filing via the Court's CM/ECF filing system.

*/s/ Peter E. Mims*
Peter E. Mims

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on the 10th day of October, 2017, the undersigned conferred with counsel for Plaintiff regarding the foregoing Joint Stipulation and Plaintiff is agreeable to the Stipulation.

*/s/ Peter E. Mims*
Peter E. Mims

US 5270840