Case Number: CA-H- 17 -1025

Style: Gensetix, Inc., et al v. Baylor College, et al

Appearances:
**PLEASE PRINT CLEARLY**

Counsel:
Payl Morico, Amy Hefley, Liz Flannery
Gordon Arnold
Peter Mims
Murray Fogler, Robin O'Neil
Paul Skiermont, Richard Schwartz

Date: _____
Law Clerk/Case Manager: _____

Representing:
Baylor College of Medicine
Diakonos
Bd. of Regents of UT
William Decker
Gensetix, Inc.

Time: 10:55 / 11:15

Tape# ____/begin_____/end_____

NOTE:
Pending Motions Fully Briefed #36, 34, 35, 55, 62
Parties Request A RULING.

**ORDER/DOCKET ENTRY**

Minutes of Rule 16 Scheduling Conference:
1.( )  No one appeared, and Rule 16 Conference Reset to _____
2.( )  The above listed parties appeared, and a Docket Control Order entered.

#36 1367 MD fail to join Indisp Pty UT
  patent
  Fully Briefed Ripe
  BCM 12 b6 MD re patent
claims failure to st claim 271(e)
exception for research

BCM 12 b6 motion
rest law claims failure
to plead all elements
Iqbal Twombly

+ Joined UT mb
+ Decker's anti staf

The Clerk will file the entry and mail copies to Counsel.

Beverly White, Case Manager to
Judge Frances H. Stacy

[margin notes: automatic stay Doc 35 fed ct... etc.]

Dr. Decker Ahmad
1230 & RBT

#34 Decker
#35 M6 Ist outside
Lewis Brief Prudent
Kelly

#62 MMS
12B1 MT
lack of subj. matter jsd
Sov./Im mune

Curadys would the
guest discovery

#55 Prephonos
Motion

Motion to Stay Discovery
Stay against Ut mD pending