**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| GENSETIX, INC.,<br><br>Plaintiff,<br><br>and<br><br>THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>BAYLOR COLLEGE OF MEDICINE, DIAKONOS RESEARCH, LTD., and WILLIAM K. DECKER,<br><br>Defendants. | Civil Action No. 4:17-cv-01025<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT DIAKONOS RESEARCH, LTD'S**
**MOTION TO DECLARE THIS CASE EXCEPTIONAL PURSUANT TO 35 U.S.C. § 285**
**AND REQUEST FOR ATTORNEYS FEES AND COSTS**

The Court, having considered Defendant Diakonos Research, Ltd.'s Motion to Declare This Case Exceptional Pursuant to 35 U.S.C. § 285 and Request for Attorneys Fees and Costs, is of the opinion that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff Gensetix, Inc. shall pay Defendant Diakonos Research, Ltd its fees and costs in the amount of $93,022.70.

SIGNED this ____________ day of ________________, 2018.

____________________________________
Presiding Judge