**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

GENSETIX, INC.,

           **Plaintiff,**

and

THE BOARD OF REGENTS OF THE
UNIVERSITY OF TEXAS SYSTEM,

           **Involuntary Plaintiff,**

      **v.**

BAYLOR COLLEGE OF MEDICINE,
DIAKONOS RESEARCH, LTD., and
WILLIAM K. DECKER,

           **Defendants.**

Civil Action No. 4:17-cv-01025

## NOTICE OF APPEAL

NOTICE is hereby given that Gensetix, Inc., plaintiff in this action, appeals to the United States Court of Appeals for the Federal Circuit from the Memorandum and Order issued on December 10, 2018 (ECF No. 91) in this action, and from all adverse decisions leading up to the Memorandum and Order.

//

//

//

//

//

//

//

1

Date:   January 7, 2019                          Respectfully submitted:

                                                 */s/ Sarah E. Spires*
                                                 Paul J. Skiermont
                                                 Texas Bar No. 24033073
                                                 Sarah E. Spires
                                                 Texas Bar No. 24083860
                                                 S.D. Tex. Bar No. 3048935
                                                 SKIERMONT DERBY LLP
                                                 2200 Ross Avenue, Suite 4800W
                                                 Dallas, Texas 75201
                                                 (214) 978-6600 (telephone)
                                                 (214) 978-6601 (facsimile)
                                                 pskiermont@skiermontderby.com
                                                 sspires@skiermontderby.com

                                                 Donald Kreger
                                                 Imron T. Aly
                                                 SCHIFF HARDIN LLP
                                                 233 South Wacker Drive, Suite 6600
                                                 Chicago, Illinois 60606
                                                 (312) 258-5500 (telephone)
                                                 (312) 258-5600 (facsimile)
                                                 dkreger@schiffhardin.com
                                                 ialy@schiffhardin.com

                                                 Christopher M. Bruno
                                                 SCHIFF HARDIN LLP
                                                 901 K Street NW
                                                 Washington, DC 20001
                                                 (202) 724-6838 (phone)
                                                 (202) 778-6460 (fax)
                                                 cbruno@schiffhardin.com

                                                 *Attorneys for Gensetix, Inc.*

**CERTIFICATE OF SERVICE**

On January 7, 2019, I electronically submitted the foregoing document with the clerk of the court for the United States District Court for Southern District of Texas through CM/ECF. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/* Sarah E. Spires
Sarah E. Spires