**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| GENSETIX, INC., <br><br> Plaintiff, <br> and <br><br> THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, <br><br> Involuntary Plaintiff, <br><br> v. <br><br> BAYLOR COLLEGE OF MEDICINE, DIAKONOS RESEARCH, LTD., and WILLIAM K. DECKER, <br><br> Defendants. | Civil Action No. 4:17-cv-01025 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gensetix, Inc. ("Plaintiff") and Defendants Baylor College of Medicine, Diakonos Research, Ltd., and William K. Decker (collectively, "Defendants") hereby stipulate to the dismissal *with prejudice* of all claims asserted by Plaintiff against Defendants in the above-captioned matter.

Each party shall bear its own attorneys' fees and costs.

STIPULATED AND AGREED TO:

DATED: April 27, 2021

Respectfully Submitted,

By: */s/ Sarah E. Spires*
    Paul J. Skiermont
    Texas Bar No. 24033073
    Sarah E. Spires
    Texas Bar No. 24083860
    S.D. Tex. Bar No. 3048935
    SKIERMONT DERBY LLP
    1601 Elm St., Suite 4400
    Dallas, Texas 75201
    214.978.6600 (telephone)
    214.978.6601 (facsimile)
    pskiermont@skiermontderby.com
    sspires@skiermontderby.com

    Donald Kreger
    Imron Aly
    SCHIFF HARDIN LLP
    233 South Wacker Drive, Suite 6600
    Chicago, Illinois 60606
    312.258.5500 (telephone)
    312.258.5600 (facsimile)
    dkreger@schiffhardin.com
    ialy@schiffhardin.com

ATTORNEYS FOR PLAINTIFF GENSETIX, INC.

2

**BAKER BOTTS L.L.P.**

*Of Counsel*:
Elizabeth D. Flannery
Texas Bar No. 24045815
Amy Pharr Hefley
Texas Bar No. 24046046
Lindsay Volpenhein Cutié
Texas Bar No. 24093305
**BAKER BOTTS L.L.P.**
910 Louisiana St.
Houston, TX 77002
liz.flannery@bakerbotts.com
amy.hefley@bakerbotts.com
lindsay.cutie@bakerbotts.com

Jeff Gritton
Texas Bar No. 24074321
**BAKER BOTTS L.L.P.**
98 San Jacinto Blvd, Suite 1500
Austin, Texas 78701
jeff.gritton@bakerbotts.com

By: */s/ Paul R. Morico (by permission)*
      Paul R. Morico
      *Attorney-In-Charge*
      Texas Bar No. 00792053
      910 Louisiana Street
      Houston, Texas 77002
      Tel.:  (713) 229-1732
      Fax:  (713) 229-7732
      paul.morico@bakerbotts.com


COUNSEL FOR DEFENDANT
BAYLOR COLLEGE OF MEDICINE

3

**FOGLER, BRAR, O'NEIL & GRAY, LLP**

OF COUNSEL:
Robin O'Neil
State Bar No. 24079075
S.D. Tex. No. 1618035
FOGLER, BRAR, O'NEIL & GRAY, LLP
2 Houston Center
909 Fannin, Suite 1640

Houston, Texas 77010
713.481.1010 (main)
713.574.3224 (fax)

By: */s/ Murray Fogler (by permission)*
    Murray Fogler
    Federal ID No. 2003
    State Bar No. 07207300
    mfogler@foglerbrar.com
    2 Houston Center
    909 Fannin St., Suite 1640
    Houston, Texas 77010
    713.481.1010 (main)
    713.574.3224 (fax)

ATTORNEY-IN-CHARGE FOR DEFENDANT
WILLIAM K. DECKER

**ARNOLD & SAUNDERS, LLP**

By: */s/ Gordon T. Arnold (by permission)*
    Gordon T. Arnold
    Texas Bar No.: 01342410
    garnold@arnold-law.com
    Jason A. Saunders
    Texas Bar No.: 24042406
    jsaunders@arnold-iplaw.com
    Christopher P. McKeon
    Texas Bar No.: 24068904
    cmckeon@arnold-iplaw.com
    4900 Woodway, Suite 900
    Houston, Texas 77056
    Telephone: (713) 972-1150
    Facsimile: (713) 972-1180

ATTORNEY-IN-CHARGE FOR DEFENDANT
DIAKONOS RESEARCH, LTD.

4

## **CERTIFICATE OF SERVICE**

On April 27, 2021, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, using CM/ECF, which will send notification of such filing to all counsel of record.

*/s/ Sarah E. Spires*
Sarah E. Spires